

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-14-00491-CV

William M. **COLLINS** and Patricia Collins,
Appellants

v.

Dr. Oliver **WILLIAMS**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13648
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On July 29, 2014, this court denied a motion from Appellants' attorney James R. Chapman Jr. to suspend e-filing in this appeal. *See* TEX. R. APP. P. 9.2(c)(1) ("Attorneys in civil cases must electronically file documents."). On August 1, 2014, Appellants' counsel filed a motion for rehearing of the motion to suspend e-filing in this appeal.

The motion for rehearing is GRANTED. We SUSPEND the rule requiring attorney James R. Chapman Jr. to electronically file documents **in this appeal only**. **No further exceptions will be granted to attorney James R. Chapman Jr. in any matter in this court.**

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2014.

Keith E. Hottle
Clerk of Court